Julius J. Cohen, Respondent, *v.* Joseph Rosenberg, as President of Associated Musicians of Greater New York, Local 802, American Federation of Musicians, an Unincorporated Association, Appellant.

Submitted January 19, 1942; decided March 5, 1942.

*Harry Sacher* for appellant.

*Charles K. Finch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.